UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAMES L. TRUJILLO,

Plaintiff,

v.

NDOC, *et al.*,

Defendants.

Case No. 3:25-cv-00738-MMD-CLB

ORDER

On March 3, 2026, after giving Plaintiff multiple opportunities to file a completed application to proceed *in forma pauperis*, the Court dismissed the action without prejudice because Plaintiff failed to pay the filing fee or file an application to proceed *in forma pauperis* by February 20, 2026. (ECF Nos. 3, 6, 8.) The Clerk of the Court entered judgment accordingly. (ECF No. 9.)

On March 11, 2026, Plaintiff filed a complete application to proceed *in forma pauperis*. (ECF No. 10.)  Plaintiff, however, did not file a motion to reopen the case or explain why he failed to timely comply with the Court's previous orders.

The Court denies the application to proceed *in forma pauperis* (ECF No. 10) without prejudice.

Plaintiff may move to reopen this case and vacate the judgment by filing a motion for reconsideration of the dismissal order.  In the motion, Plaintiff is required to explain what circumstances delayed him from paying the filing fee or filing the application to proceed *in forma pauperis* in compliance with the Court's January 21, 2026, order.  If the Court finds there to be good cause or a reasonable explanation therein, the Court will reopen the case and vacate the judgment.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 10) is denied without prejudice.

DATED THIS 17th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2